# UNITED STATES DISTRICT COURT
for the

Western District of Washington

United States of America
v.

Efren Gallegos-Raymundo

Case No: CR13-23JLR, CR08-159JLR, CR09-13JLR

USM No: 38453-086

Date of Original Judgment: 07/29/13
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

William Broberg
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 66 months for CR08-159 and CR13-23 plus 12 months consecutive for CR09-13 for a total of 78 months **is reduced to** 63 months for CR08-159 and CR13-23 plus 12 months consecutive for CR09-13 for a total of 75 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/29/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 13 November 2017

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable James L Robart, U.S. District Judge
*Printed name and title*